UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-75-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KEVIN BROWN | |

On motion of the Defendant, Kevin Brown, and for good cause shown, it is hereby

ORDERED that the **[DE 65]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  19  day of November, 2017.

JAMES C. DEVER, III
Chief United States District Judge